UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00202-GCM-SCR

| | |
|---|---|
| MARC HUBBARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>SEAN BARRIERO and UNKNOWN )<br>FEDERAL AGENTS JOHN DOES 1–10, )<br>)<br>Defendants. )<br>) | |

**THIS MATTER** is before the Court on *sua sponte* review of the record.

Plaintiff, proceeding *pro se*, filed this action on April 10, 2023. (Doc. No. 1). On September 24, 2024, the Court adopted the Magistrate Judge's Memorandum and Recommendation to dismiss all claims against all defendants except Sean Barriero and "Unknown Federal Agents John Does 1–10,"[1] who did not appear on the docket or file motions to dismiss. (Doc. No. 42). Since then, Plaintiff has yet to prosecute his case against the remaining Defendants. On July 18, 2025, the Clerk's office issued Plaintiff a notice of lack of prosecution notifying him to respond by August 8, 2025, or otherwise the case will be dismissed. That deadline has passed, and Plaintiff has failed to respond.

---

[1] Further, Plaintiff has never identified "Unknown Federal Agents John Does 1–10," nor has he moved to substitute any actual party for these defendants. "[A] court can dismiss an action against unnamed parties where it does not appear their true identities are discoverable." *Karroll v. Car Toys, Inc.*, 765 F. Supp. 3d 506, 523 (D.S.C. 2025) (citing *Schiff v. Kennedy*, 691 F.2d 196, 198 (4th Cir. 1982)).

Accordingly, this action will be dismissed without prejudice. Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–33, 82 S. Ct. 1386, 1389–90, 8 L. Ed. 2d 734, 738–39 (1962) (although Rule 41(b) does not expressly provide for *sua sponte* dismissal, a district court has the "inherent power" to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute; and
2. The Clerk is directed to close this case.

Signed: August 13, 2025

Graham C. Mullen
United States District Judge