# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Marc Hubbard, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00202-GCM-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Marc A. Wallenstein et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2025 Order.

August 13, 2025

Katherine Hord Simon, Clerk
United States District Court